

DEDICATED TO MARKETPLACE JUSTICE

April 21, 2017

**VIA ECF**

Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    *Vasquez v. Major World Chevrolet, LLC, et al.*
    **Index:**  16-cv-06815 (NG)(JO)

Your Honor:

    I represent Plaintiff in the above referenced action, brought pursuant to Equal Credit Opportunity Act 15 U.S.C. § 1691, *et seq.*; the Truth In Lending Act, 15 U.S.C. § 1601, *et seq.*; the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301, *et seq.* and state laws.

    I write on behalf of all parties to notify the Court that the parties have settled this matter. Specifically, the parties have agreed on all settlement terms and language and – earlier this morning – circulated the settlement agreement for signature.

    In light of this development, the parties jointly request that the upcoming initial conference, currently scheduled for April 25, 2017 be cancelled. The parties likewise jointly request that the deadline for filing an initial case management plan, which is today, be cancelled.

    Pursuant to the Settlement Agreement, the parties are to file a Joint Stipulation Of Dismissal With Prejudice And With Reservation Of Jurisdiction Over Settlement upon each party meeting certain obligations, which the parties fully expect to occur within the next 30 days. The parties thus jointly propose that, in the unlikely event the Joint Stipulation is not filed on or before May 21, 2017, the parties shall file a status report.

                                                               Respectfully,

                                                              Daniel A. Schlanger

cc: All counsel of record

---

Daniel Schlanger
dschlanger@kakalec-schlanger.com
T: 212-500-6114
F: 646-612-7996

85 Broad Street
18th Floor
New York, NY 10004
www.kakalec-schlanger.com